Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**Swigart Law Group, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CHILDERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | Case No: 3:19-cv-02316-WQH-RBB<br><br>CLASS ACTION<br><br>NOTICE OF SETTLEMENT OF ENTIRE ACTION<br><br>Judge: Hon William Q. Hayes<br>Complaint Filed: December 4, 2019 |

1

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that the parties have settled this case.

The parties request to be excused from all currently scheduled deadlines and appearances.

A Motion to Dismiss, or other document to that effect, will be filed within forty-five days.

Date: January 24, 2020                Respectfully submitted,

**SWIGART LAW GROUP, APC**

By: s/ Joshua B. Swigart
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

*Attorney for Plaintiff*